FILED

2024 JAN 24  AM 8: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

BY: ___ TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER | 2:24-MJ-00365 |
|---|---|---|
| PLAINTIFF(S) | 23-mj-348 | |
| v. | | |
| Michael Haltom | **DECLARATION RE** | |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: United States District Court
in the _____ District of Columbia on December 12, 2023
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about January 6, 2021
in violation of Title 18 U.S.C./ 40 U.S.C. _____ U.S.C., Section(s) 1752(a)(1), (a)(2), (a)(4)/ 231(a)(3)/ 1512(c)(2)
to wit: Obstructing LE During Civil Disorder, Obstruction of an Official Proceeding, Destruction of Government Property.

A warrant for defendant's arrest was issued by: G. Michael Harvey, U.S. Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/24/24___
              Date

| _Signature_ | Matthew Tarducci |
|---|---|
| Signature of Agent | Print Name of Agent |

| FBI | Special Agent |
|---|---|
| Agency | Title |